# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00209-CV

**In re Ruben Guerrero**

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

**M E M O R A N D U M   O P I N I O N**

Relator Ruben Guerrero has filed a pro se petition for writ of mandamus. In the petition, Guerrero asks this Court to direct the Travis County District Clerk to deliver to the Texas Court of Criminal Appeals documents concerning a habeas corpus proceeding filed pursuant to article 11.07 of the Texas Code of Criminal Procedure. *See* Tex. Code Crim. Proc. Ann. art. 11.07, § 3(c) (West Supp. 2011).

Article 11.07 vests exclusive appellate jurisdiction over post-conviction writs of habeas corpus in felony cases in the court of criminal appeals. *See* Tex. Code Crim. Proc. Ann. art. 11.07 (West Supp. 2010); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re Watson*, 253 S.W.3d 319, 320 (Tex. App.—Amarillo 2008, orig. proceeding). Thus, intermediate appellate courts have no jurisdiction in such matters. *See In re Briscoe*, 230 S.W.3d 196 (Tex. App.—Houston [14th Dist.] 2006, orig. proceeding); *In re McAfee*, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

Accordingly, we dismiss the petition for want of jurisdiction.

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Filed:   April 12, 2012